3088.00002

IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DENISE BELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 09-2097-JWL/DJW ) |
| TURNER RECREATION COMMISSION, | ) ) ) ) |
| Defendant. | ) ) |

## OFFER OF JUDGMENT

**COMES NOW** Defendant Turner Recreation Commission and pursuant to FED.R.CIV.P. 68, hereby makes Plaintiff an offer of judgment in the amount of $11,000.00 plus reasonable attorneys' fees and costs allowed by law which have been incurred to date in this cause. This Offer of Judgment is made for the purposes specified in FED.R.CIV.P. 68, and is not to be construed as an admission that Defendant is liable in this action, that Plaintiff has suffered any damages, or that Defendant is indebted in any way to Plaintiff.

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS, P.A.
707 Minnesota Avenue, Suite 400
Post Office Box 171300
Kansas City, Kansas 66117-1300
Telephone: (913) 371-3838
Facsimile: (913) 371-4722
E-mail: ggoheen@mvplaw.com

By: _____
Gregory P. Goheen    #16291

Attorneys for Defendant

{K0320751.DOC; 1}

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via telefax and mailed, postage pre-paid, on this 19th day of October, 2009 to:

Donald F. McDonald, Jr.
1125 Grand Boulevard, Suite 1500
Kansas City, MO 64106
*Via Telefax – (816) 471-6664*

Attorneys for Plaintiff