# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DENISE BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-2097-JWL-DJW |
| ) | |
| TURNER RECREATION ) | |
| COMMISSION, et al., ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S INITIAL RULE 26 (a) (1) DISCLOSURES

The plaintiff, Denise Bell, makes the following initial disclosures pursuant to Fed.R.Civ.P.26 (a) (1):

**i.**

In addition to the parties, and all individuals disclosed and or identified by defendant, the following individuals are likely to have discoverable information that plaintiff may use to support her claims:

Becca Todd
Julie Eastman
Ashley Cansler
Michelle Sedler
Mike Bixler
Denise Hansen
Randy Berry
Theresa Tillery
Angela Robinson-Markley
Camellia White
Kristine Crowley
Bart (last name unknown) in attendance at meetings with plaintiff, Michelle Sedler and Becca Todd on 2/9/07 (suspension meeting) and 2/28/07 (termination meeting)

On information and belief, the above individuals, are current or former employees, commissioners, staff members and/or agents/representatives of defendant.

Other witnesses identified in discovery and potentially others unknown at this time.

### ii.

The following documents may be used to support plaintiff's claims:

All records, reports, correspondence and memorandum of the defendant, including but not limited to, documents relating to plaintiff's employment with defendant and documents listed by defendant in its Rule 26 Disclosure.

All records included in the MHRC and EEOC files relating to plaintiff's charges of discrimination.

Minutes Turner Recreation Commission February 21, 2007 (0001-0004)

Employee Discipline System (0005)

Infraction Notification Forms (0006-0007)

Becca Todd suspension letter dated February 7, 2007 (0008)

Becca Todd February 28, 2007 termination letter (0009)

Plaintiff's February 9, 2007 notice/complaint letter (0010-0011)

Turner Aquatic Center Daily Duties 2/4/07 (0012)

Becca Memo (0013)

### iii.

Plaintiff is claiming the following damages:

a. Lost income - approximately $10,000 plus value of lost benefits
   $9.00/hr x 40 x 28 weeks (approx.) = $10,000 (approx.)

b. Emotional pain, suffering, distress, humiliation - $200,000 to date: $200,000 future.

Plaintiff is also claiming punitive damages, attorney fees, her costs and prejudgment interest.

### iv.

Not applicable.

Respectfully submitted,

_____
Donald F. McDonald, Jr.  #28950
1125 Grand Blvd., Suite 1500
Kansas City, MO 64106
(816) 471-6444
FAX: (816) 471-6664

*ATTORNEY FOR PLAINTIFF*

### Certificate of Service

I hereby certify that the foregoing was served via U.S. Mail, first class and postage prepaid, on this 8th day of September, 2009 to:

McANANY, VAN CLEAVE & PHILLIPS, P.A.
Gregory P. Goheen
707 Minnesota Avenue, Fourth Floor
Post Office Box 171300
Kansas City, Kansas  66117-1300

ATTORNEYS FOR DEFENDANT

_____
Attorney for Plaintiff